THIRD DEPARTMENT, SEPTEMBER, 1942.
(September 16, 1942.)

In the Matter of the Application of ROBERT W. THOMPSON, Petitioner, for an Order Reviewing a Determination as to Petitioner's Income Tax Liability for the Calendar Years 1936 and 1937, against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

NATIONAL GRANGE MUTUAL LIABILITY COMPANY, Appellant, v. KENDRICK STEERE, Defendant, and ELIZABETH MCDONALD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

JOSEPH F. DONNELLY, Respondent, v. KILBY BROS., INC., Appellant.— Motion for leave to appeal to the Court of Appeals, and for certificate of this court that questions of law have arisen therein which ought to be reviewed by the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of IRVING SCHWARTZ, Respondent, against BERNIE'S TIRE & BATTERY SERVICE, Respondent, and THE CENTURY INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of EARL J. KEOUGH and WILLIAM C. SCHULTZ, JR., for an Order Striking Out as Invalid and Void a Petition Purporting to Nominate Israel Amter for Governor, Frank Herron for Lieutenant Governor, Fred Briehl for Comptroller, Benjamin J. Davis, Jr., for Attorney-General, Robert Minor for Representative-at-Large in U. S. Congress from New York State, Elizabeth Gurley Flynn for Representative-at-Large in U. S. Congress from New York State, and Other Persons for Public Office as Candidates of an Alleged Independent Body Designated the " Communist Party," and the Individuals Named Therein as a Committee to Fill Vacancies, Filed in the Office of the Secretary of State on the 29th Day of August, 1942; and Directing that the Names of Candidates on Said Petition Shall Not Be Placed on the Official Ballots to Be Used in the Election to Be Held November 3rd, 1942; and for Other Relief. ISRAEL AMTER, BENJAMIN J. DAVIS, JR., and ELIZABETH GURLEY FLYNN, Appellants; EARL J. KEOUGH and WILLIAM C. SCHULTZ, JR., Respondents.— Appeal from a temporary order restraining the Secretary of State from certifying the nominations made by the " Communist Party." Order reversed on the law and facts. The court has considered such facts as are alleged in the petition and finds that sufficient are not pleaded. The order is reversed on that ground and upon other grounds. Hill, P. J., Crapser and Heffernan, JJ., concur; Schenck and Foster, JJ., dissent. [179 Misc, 1.]